UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE KAUFMAN, ALPHONCE JACKSON,<br><br>Plaintiffs,<br><br>vs.<br><br>INTERNATIONAL LONG SHORE AND WAREHOUSE UNION, et al., and PACIFIC MARITIME ASSOCIATION,<br><br>Defendants. | Case No. 16-cv-03386-JST<br><br>**[*PROPOSED*] ORDER GRANTING EXTENSION OF PAGE LIMITS FOR PROPOSED JOINT MOTION FOR SUMMARY JUDGMENT** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

**[*PROPOSED*] ORDER**

The Court, having considered the Defendants' Stipulation and Request for Extension of Page Limits for Proposed Joint Motion for Summary Judgment ("Stipulation"), and for good cause appearing, hereby orders as follows:

If the Defendants file a Joint Motion for Summary Judgment, then the page limitation for such Joint Motion for Summary Judgment shall be extended to a maximum of thirty (30) pages and the page limitation for Defendants' Joint Reply shall be extended to a maximum of twenty (20) pages.

IT IS SO ORDERED.

DATED: May 22, 2017

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Palo Alto

1

[*PROPOSED*] ORDER GRANTING
EXTENSION OF PAGE LIMITS
Case No. 16-cv-03386-JST

DB2/ 31480167.1